AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br><br>BARRENCE MARK ANTHONY<br><br>*Defendant(s)* | Case No. 1:19-MJ-117<br><br>UNDER SEAL<br><br>FILED MAR 4 2019 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of December 8, 2016 - December 22, 2016 in the county of Arlington in the
Eastern District of Virginia, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1030(a)(2)(C) | Intentional Unauthorized Access to a Protected Computer |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

Reviewed by AUSA Nathaniel Smith III

*Complainant's signature*

Special Agent Jamie DeCastro, USACIDC
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 3/4/19

/s/
Theresa Carroll Buchanan
United States Magistrate Judge
*Judge's signature*

City and state: _____

The Honorable Theresa C. Buchanan
*Printed name and title*