IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

FILED
IN OPEN COURT

MAY 2 1 2019

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

UNITED STATES OF AMERICA

v.

BARRENCE MARK ANTHONY,

Defendant.

Case No. 1:19-cr-166

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT on or around December 8 within the Eastern District of Virginia, was 2016, the defendant, BARRENCE MARK ANTHONY, did intentionally access a computer without authorization, and thereby obtained information from a protected computer whose value exceeded $5,000, and the offense was committed in furtherance of any criminal or tortious act in violation of the laws of the Commonwealth of Virginia; to wit: The defendant unlawfully obtained numerous Amazon Machine Images from his previous employer, the value of which exceeded $5,000. The theft constituted Grand Larceny under Virginia Code Ann § 18.2-95.

(In violation of Title 8, United States Code, Section 1030(a)(2)(C) & (b)(2)(B))

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

Date:   May 21, 2019          By:   _____
                                     Nathaniel Smith III
                                     Assistant United States Attorney

FILED
IN OPEN COURT

NOV 21 20

CLERK, U.S. DISTRICT COURT